UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JONATHAN M. GIBSON** | * | CIVIL ACTION |
| | * | |
| VERSUS | * | SECTION: |
| | * | |
| **OCEAN SHIPHOLDINGS, INC.** | * | |
| | * | MAGISTRATE: |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes complainant, **JONATHAN M. GIBSON**, a person of full legal age and a citizen and domiciliary of Alabama. Complainant avers the following:

**I.**

Jurisdiction is based upon the Jones Act, 46 USC 688.

**II.**

Made party defendant herein is **OCEAN SHIPHOLDINGS, INC.,** a Texas corporation licensed to do and doing business in this district and state.

**III.**

At all material times herein, complainant was employed by defendant assigned to

1

the USNS WATKINS, as a seaman in the capacity of chief steward. Furthermore, complainant is a ward of this Court, and therefore elects to take advantage of the provisions of 28 U.S.C. § 1916 to proceed herein without prepayment of costs or fees.

**IV.**

On or about April 28, 2013, complainant was preparing required meals for the ships crew. For several weeks, steam coils in the galley had been leaking and not repaired despite repeated requests to the Engineering Department. The steward department could not eliminate the water and constant moisture on deck. The steward stepped out of the galley into the hallway when his leg shifted under the dampness of his shoes. This caused his right knee under stress to give way-causing injury to his leg, knee, and spine. This injury has resulted in a total right knee replacement and persistent pain to plaintiff's back. As a result of the injuries sustained, plaintiff is unable to return to sea.

**V.**

At all material times herein, defendant owned, operated, chartered, manned and controlled the USNS WATKINS.

**VI.**

A proximate cause of the accident herein was the negligence attributable to defendant in failing to furnish complainant a safe place to work. A proximate cause of the accident and injuries herein was the unseaworthy condition of the USNS WATKINS.

**VII.**

As a direct and proximate result of the accident herein, complainant has sustained serious, disabling and permanent injuries to his extremities and spine. Complainant has damages of past and future mental and physical pain and suffering, past and future lost wages, past and future medical expenses, found, loss of enjoyment of life and any and all other related damages and expenses allowed by law, all for which complainant is entitled to sue and recover from the defendant herein for the full and total sum of SEVEN MILLION ($7,000,000.00) DOLLARS. Complainant also seeks punitive damages in an appropriate amount for the wanton and reckless actions of defendant in failing to furnish a safe work place and in failing to provide a seaworthy vessel.

**VIII.**

Maintenance and cure is due from defendant. Complainant's accident occurred while in the service of the vessel. Dr. H. Reiss Plauche in Covington, Louisiana is treating complainant. Dr. Plauche's treatment has not been authorized by defendant and needs to be. Complainant underwent testing and exam by Dr. H. Reiss Plauche and reimbursement is required for said tests and studies. Dr. Plauche has recommended ongoing physical therapy for complainants knee as well as MRI for complainant's lumbar spine to assess the damage that occurred as a result of injury. Complainant will continue to receive follow up treatment for his knee and back by Dr. H. Reiss Plauche in Louisiana. Demand is made for an appropriate rate of maintenance and for appropriate cure, and for all damages allowed under the general maritime law associated with said claim, including attorney fees, compensatory damages and punitive damages from said employer, should said benefits not be provided as required by law.

**WHEREFORE**, complainant demands judgment against the OCEAN SHIPHOLDINGS, INC. herein for the full and total sum of SEVEN MILLION ($7,000,000.00) DOLLARS in compensatory damages, altogether with legal interest thereon from the date of the accident herein until paid, for proper maintenance and cure and related compensatory and punitive damages and attorney fees from defendant, for an appropriate award of punitive damages for the wanton and reckless disregard of defendant in failing to furnish complainant a safe place to work and in failing to furnish a seaworthy vessel, for all costs of these proceedings and all appropriate, general and equitable relief.

Respectfully submitted,
DISCON LAW FIRM
BY: S/THOMAS M. DISCON
THOMAS M. DISCON, T.A. #14219
424 N. Causeway Blvd., Suite A
Mandeville, LA   70448
Telephone: 985-674-9748
Facsimile: 985 674-9748
Email: tdiscon@disconlawfirm.com

**PLEASE SERVE:**

**OCEAN SHIPHOLDINGS, INC.**
**THROUGH ITS REGISTERED AGENT FOR SERVICE**
**LINDA G. JESTER**
**1999 BRYAN ST., STE. 900**
**DALLAS, TX 75201**

4